NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1372, -1380, -1416, -1417

AKAMAI TECHNOLOGIES, INC.,

Plaintiff-Appellant,

and

THE MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

Plaintiff-Appellant,

v.

LIMELIGHT NETWORKS, INC.,

Defendant-Cross Appellant.

Appeals from the United States District Court for the District of Massachusetts in case nos. 06-CV-11109 and 06-CV-11585, Judge Rya W. Zobel.

ON MOTION

ORDER

Upon consideration of the joint motion to consolidate the above-captioned appeals,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The briefing schedule for 2009-1372,-1416 applies to the consolidated cases. Thus, the appellants' opening brief is due no later than September 15, 2009.

FOR THE COURT

AUG 0 5 2009
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 5 2009

JAN HORBALY
CLERK

cc:    Donald R. Dunner, Esq.
        Robert S. Frank, Jr., Esq.
        Robert G. Krupka, Esq.

s19